988 A.2d 1175

FRANK L. SHERNOFF, PLAINTIFF–PETITIONER,
v. DAY PITNEY, LLC, ET AL., DEFENDANTS–
RESPONDENTS.

February 25, 2010.

Denied.